IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CAMERON MCCRARY et al., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:20-cv-01264-P |
| | § | |
| MIKE BLOOMBERG 2020, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to File a Second Amended Complaint (ECF No. 16). Having reviewed the motion and considered the current status of the case, the Court finds it appropriate to allow Plaintiff to file a Second Amended Complaint. Accordingly, the Court hereby **GRANTS** the request and recognizes ECF No. 17 as the live pleading in this action. Further, because Plaintiff has filed a Second Amended Complaint, the Court finds that Defendant's Motions to Dismiss (ECF Nos. 7 and 11) should be and hereby are **DENIED as moot.**

**SO ORDERED** on this **11th day** of **August, 2020.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE