UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CAMERON MCCRARY, SCHELDON WILLIAMS, ASHLEY QASHINGTON, SHANIQUA RISCHER, JONATHAN DAVIS, PABLO LUNA, JAMES TAYLOR, AND KERRY BILLINGS,<br><br>*Plaintiffs,*<br><br>v.<br><br>MIKE BLOOMBERG 2020, INC.,<br><br>*Defendant.* | § § § § § § § § § § § § § § § § | Civil Action No. 3:20-CV-01264-X |

## ORDER

Before the Court is Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint or, Alternatively, to Transfer or Stay and Brief in Support [Doc. No. 20]. Having reviewed the motion, the Court **DENIES** the Defendant's Motion to Dismiss.

**IT IS SO ORDERED** this 23rd day of February, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1